Sealed
Public and unofficial staff access to this instrument are prohibited by court order

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

United States Courts
Southern District of Texas
FILED
SEP 18 2025
Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal No.** **4:25-cr-0481** |
| | § | |
| **ANGEL QUINONES** | § | **(FILED UNDER SEAL)** |

## CRIMINAL INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1

(Sell Wildlife in Violation of Underlying Federal Law)

On or about March 28, 2024, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, Defendant,

**ANGEL QUINONES,**

did knowingly transport, sell, receive, and acquire wildlife with a market value in excess of $350, that is three Ring-Tailed Lemurs (*Lemur Catta*) for the sum of $6,000.00 USD, by knowingly transporting and selling Ring-Tailed Lemurs which were taken and possessed in violation of and in a manner unlawful under the laws and regulations of the United States; specifically, Title 7 U.S.C. §§ 2132(g) and 2133, regarding the licensing of dealers of nonhuman primate mammals; Title 16 U.S.C. 1538(1)(F) (Endangered Species Act); and The Convention on International Trade in Endangered Species (CITES) as implemented in the United States through regulation in Part 23 of Title 50 of the Code of Federal Regulations.

In violation of Title 16, United States Code, Sections 3372(a)(1) and 3373(d)(1)(B).

NICHOLAS GANJEI
UNITED STATES ATTORNEY

*Craig M. Feazel*
CRAIG M. FEAZEL
ASSISTANT UNITED STATES
ATTORNEY

*Thomas Carter*
THOMAS H. CARTER, III
ASSISTANT UNITED STATES
ATTORNEY