Sealed
Public and unofficial staff access to this instrument are prohibited by court order

USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

HOUSTON DIVISION

No. **4:25-cr-0481**

USAO#: 2023R04733

CRIMINAL INFORMATION

United States Courts
Southern District of Texas
FILED
September 18, 2025
Nathan Ochsner, Clerk of Court

Filed: Judge: **Hanks**

UNITED STATES of AMERICA
vs.

ATTORNEYS:

NICHOLAS J. GANJEI, USA (713) 567-9000
CRAIG FEAZEL, AUSA (713) 567-9000

| Defendant | | Appt'd | Private |
|---|---|---|---|
| ANGEL QUINONES | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

Ct. 1: Sell Wildlife in Violation of Underlying Federal Law [16 U.S.C.§§ 3372(a)(1) and 3373(d)(1)(B)]

Charges Total Counts (1)

**PENALTY:**
Ct. 1: Not more than 5 years imprisonment; not more than a $20,000 fine; not more than 3 years SRT; and a $100 SA.

☐ In Jail

☐ On Bond

NAME & ADDRESS
of Surety

☑ No Arrest

## PROCEEDINGS:

| |
|---|
| |
| |
| |
| |