# <u>SENTENCE DATA SHEET</u>

**CRIMINAL NO.:** **4:25-CR-481**

**DEFENDANT:** **Angel Quiones**

**DEFENDANT'S IMMIGRATION STATUS:** U.S. Citizen

**GUILTY PLEA**: Count 1 of Criminal Information

**SUBSTANCE OF PLEA AGREEMENT:** Plea agreement.

**COUNT ONE:** **Sell Wildlife in Violation of Underlying Federal Law**

16 USC § 3372(a)(1) and 337(d)(1)(B)

**ELEMENTS:**

1. The covered wildlife was sold in violation of federal law;

2. The Defendant knowingly sold the wildlife;

3. Defendant knew of the underlying illegality;

4. Market value of the wildlife was greater than $350; and

5. The conduct involved a sale or offer for sale or attempt to sell.

***Note: United States v. Todd*, 735 F.2d 146 (5th Cir. 1984). The government need not prove that the defendant knew of the existence of the Lacey Act itself, only that he knew of the illegal nature of the fish or wildlife.

**PENALTY:** Imprisonment for up to 5 years imprisonment and a fine of up to $20,000.

**SUPERVISED RELEASE:** Not more than 3 years.

**ALTERNATIVE FINE BASED ON GAIN OR LOSS:** Not Applicable

**SENTENCING GUIDELINES:** **2Q2.1 –Offenses involving fish, wildlife, and plants**

**FORFEITURE:** N/A

**SPECIAL ASSESSMENT:** $100

Dated: November 14, 2025

By: */s/ Craig M. Feazel*

**Craig M. Feazel**
Assistant United States Attorney
United States Attorney's Office
Southern District of Texas
1000 Louisiana St., Ste. 2300
Houston, Texas 77002
Phone: (713) 567-9325

Government's Addendum to Plea Agreement: Elements:

**Title 16 U.S.C. Sections 3 372 (a)(1) and 3373(d)(1)(B)**

1) On or about March 28, 2024;

2) within the Southern District of Texas and elsewhere;

3) the defendant Angel Quinones;

4) knowingly transported, sold, received and acquired wildlife;

5) the wildlife was a Ring-Tailed Lemur (Lemur Catta);

6) the market value of the wildlife was greater than $350.00;

7) the wildlife was sold in violation of federal law, namely Title 16 U.S.C. Section 1538(1)(F) (the Endangered Species Act) making it unlawful for any person subject to the jurisdiction of the United States to;

> a) Sell or offer for sale in interstate or foreign commerce any endangered species of wildlife, including a Ring-Tailed Lemur (Lemur Catta);

8) as implemented in the convention on international trade in endangered species of wild fauna and flora (CITES); and

9) the defendant knew of the underlying illegality in his conduct to sell the wildlife.