United States District Court
Southern District of Texas
**ENTERED**
November 18, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | Criminal No. 4:25-cr-0481 |
| v. | § | |
| | § | |
| Angel Quinones | § | |

## REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Magistrate Judge submits this Report and Recommendation to the District Judge pursuant to 28 U.S.C. § 636(b)(3). This case has been referred to the United States Magistrate Judge to accept a felony guilty plea pursuant to Rule 11 of the Federal Rules of Criminal Procedure. All parties waived the right to plead guilty before a United States District Judge and consented instead to proceed before a United States Magistrate Judge.

On September 18, 2025, Defendant Angel Quinones and counsel appeared before the undersigned Magistrate Judge, who addressed Defendant personally in open court and informed Defendant of the admonishments under Rule 11 of the Federal Rules of Criminal Procedure and determined that Defendant was competent to plead guilty and fully understood said admonishments.

Pursuant to a plea agreement, Defendant entered a plea of guilty to Count One of the Information. Count One charges Defendant with violating the Lacey Act, 16 U.S.C. §§ 3372(a)(1) and 3373(d)(1)(B).

The Court explained that the District Judge is obligated to calculate the applicable sentencing guideline range under the Sentencing Guidelines promulgated by the United States Sentencing Commission and to consider that range in determining Defendant's sentence. *See* Fed. R. Crim. P. 11(b)(1)(M). The Court advised Defendant about the range of punishment with respect to imprisonment, fines, restitution, supervised release, forfeiture of property, and the statutory fee assessments.

The Magistrate Judge finds the following:

1. Defendant, with the advice of counsel, has consented orally to enter this guilty plea before the Magistrate Judge, subject to final approval and sentencing by the District Judge;

2. Defendant fully understands the nature of the charges and penalties;

3. Defendant understands his right to indictment by grand jury and has knowingly and voluntarily waived that right;

4. Defendant understands his constitutional and statutory rights and wishes to waive these rights, including his right to appeal or collaterally attack his sentence (see Fed. R. Crim. P. 11(b)(1)(N));

5. Defendant's plea is made freely and voluntarily;

6. Defendant is competent to enter this plea of guilty; and

7. an adequate factual basis supports this plea.

## Recommendation

The Magistrate Judge **RECOMMENDS** that the District Judge adopt these findings, including the specific findings which demonstrate that further delay of the plea would cause serious harm to the interests of justice. The Magistrate Judge also **RECOMMENDS** that the District Judge accept the plea of guilty and enter final judgment of guilt against Defendant.

## Warnings

The parties may file objections to this Report and Recommendation, unless they waive the right to do so. A party filing objections must specifically identify those findings or recommendations to which objections are being made. The District Judge need not consider frivolous, conclusive, or general objections. *Battle v. United States Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (per curiam) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc)).

A party's failure to file written objections to the proposed findings and recommendations contained in this Report within 14 days after being served with a copy of the Report—or the party's waiver of the right to do so—shall bar that party from de novo review by the District Judge of the proposed findings and recommendations and, except upon grounds of plain error, shall bar the party from appellate review of proposed factual findings and legal conclusions

accepted by the District Judge to which no objections were filed. *See* 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140, 150-53 (1985); *Douglass v. United Services Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (en banc) (extending the time to file objections from ten to fourteen days), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1).

The Clerk is directed to send a copy of this Report and Recommendation to all parties.

Signed on November 18, 2025, at Houston, Texas.

Yvonne Y. Ho
United States Magistrate Judge