United States Courts
Southern District of Texas
FILED
December 02, 2025
Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | **SEALED** |
| VS. | § | CR. NO. 4:25-CR-481 |
| | § | |
| ANGEL QUINONES | § | |

**UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE TO TRAVEL**

TO THE HONORABLE GEORGE C. HANKS, UNITED STATES DISTRICT JUDGE FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION:

COMES NOW, Defendant, ANGEL QUINONES, by and through his Attorney of Record, David R. Bires, and moves this Honorable Court to modify the conditions of his release by granting him permission to travel while remaining on bond in the above-mentioned cause, and would show the Court as follows:

I.

ANGEL QUINONES requests permission to travel to attend the wedding of his brother, Mr. Flor Ramon Cora Santiago, and to-be sister-in-law, Ms. Susan Saunders. Mr. Angel Quinones will be traveling by car from Houston, Texas to Clearwater, Florida, leaving Houston, Texas the evening of December 10, 2025, and returning to Houston, Texas on December 16, 2025. Mr. Quinones will be staying at CLARION INN AND SUITES located at 20967 US Hwy 19N, Clearwater, Florida 33765, phone no. (727)799-1181. The church service will be held on Saturday, December 13, 2205, at the HISTORIC ANDREWS CHAPEL located at 1899 San Mateo Drive, Dunedin. Florida 34698. The reception will follow at THE JOYCE BALLROOM located at 27368 US Hwy 19N, Clearwater, Florida, 33761. Mr. Quinones will be reachable by cellular phone, (346)780-3417, at all times.

II.

WHEREFORE, PREMISES CONSIDERED, Mr. Angel Quinones respectfully prays that this Honorable Court grant this Motion.

Respectfully submitted,

*/s/ David R. Bires*

David R. Bires
Federal ID No. 3666
TBA No. 02335000
440 Louisiana Street, Ste. 200
Houston, Texas 77002
Telephone: (713) 526-9575
Facsimile: (713) 564-0026
DavidRBires@mail.com

Attorney for Defendant,
**ANGEL QUINONES**

## CERTIFICATE OF CONFERENCE

I hereby certify that I have spoken with AUSA Craig Feazel who is unopposed to this Motion.

*/s/ David R. Bires*
**DAVID R. BIRES**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing motion was delivered to AUSA Craig Feazel, United States and U.S. Pretrial Services via email.

*/s/ David R. Bires*
**DAVID R. BIRES**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | **SEALED** |
| VS. | § | CR. NO. 4:25-CR-481 |
| | § | |
| ANGEL QUINONES | § | |

**ORDER**

ON THIS DAY came to be considered defendant's Unopposed Motion To Modify Conditions of Release and having been considered, said Motion is hereby:

_______________ GRANTED.

_______________ DENIED

SIGNED and ENTERED at Houston, Texas on this the _________ day of December 2025.

______________________________________________
HONORABLE GEORGE C. HANKS
UNITED STATES DISTRICT JUDGE