United States Courts
Southern District of Texas
FILED
*March 31, 2026*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO. <u>4:25-CR-481</u> |
| v. | § | |
| | § | |
| | § | |
| ANGEL QUINONES | § | |
| | § | |
| | § | |

## MOTION TO UNSEAL THE INFORMATION

The United States, through its undersigned attorney, respectfully requests the Court to enter an order directing the Clerk of the Court to unseal the Information and the case related to the above cause number.

The United States respectfully states that no reasons exist for the Information to remain sealed. Therefore, the United States respectfully requests the Court unseal the above-referenced Information.

Respectfully submitted,

NICHOLAS J. GANJEI
United States Attorney

By: *Craig M. Feazel*
Craig M. Feazel
Assistant United States Attorney
713-567-9000